IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH STAFFORD,

        Petitioner,

v.

ERIC ARNOLD,

        Respondent.

No. C 16-0914 WHA (PR)

**JUDGMENT**

    Pursuant to the dismissal order, judgment is entered in favor of respondent.

**IT IS SO ORDERED.**

Dated: August  12 , 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE